# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Heung Yol Kim | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 22-cv-1070 (TAM) |
| J&J Safetymate Corp., d/b/a College Point Safety Mate, and Yun Hee Kim | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* **Heung Yol Kim** recover from the defendant *(name)* **J&J Safetymate Corp., d/b/a College Point Safety Mate, and Yun Hee Kim** the amount of **one hundred forty-seven thousand, five hundred seventy-seven dollars, and eighty-seven cents** ($ **147,577.87** ), which includes prejudgment interest at the rate of **nine (9)** %, plus post judgment interest at the rate of **\*\*\*** % per annum.
**\*\*\*See Appendix for post-judgment interest.**

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge **Taryn A. Merkl, U.S.M.J.,** without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: **May 13, 2025**

CLERK OF COURT

*s/ Kaity Chan*
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X
HEUNG YOL KIM,

                Plaintiff,

      -against-                            **APPENDIX TO JUDGMENT**
                                                        22-CV-1070 (TAM)
J&J SAFETYMATE CORP., d/b/a
COLLEGE POINT SAFETY MATE, and
YUN HEE KIM,

                Defendants.
---------------------------------------------------------X

**TARYN A. MERKL**, United States Magistrate Judge:

Plaintiff Heung Yol Kim ("Plaintiff") shall recover from Defendants J & J Safetymate Corp. d/b/a College Point Safety Mate and Yun Hee Kim (collectively, "Defendants") the amount of one hundred forty-seven thousand, five hundred seventy-seven dollars, and eighty-seven cents ($147,577.87), which includes:

1) **$53,673.66** in compensatory damages, comprised of $21,590.05 in unpaid minimum wages, $20,301.29 in unpaid overtime wages, and $11,782.32 in unpaid spread-of-hours pay;

2) **$53,673.66** in liquidated damages;

3) **$10,000** in statutory damages; and

4) Prejudgment interest on Plaintiff's compensatory damages award of $53,673.66, calculated at a per diem interest rate of $13.23 from February 10, 2019, through May 13, 2025, in the amount of **$30,230.55**.

Further, Plaintiff is awarded:

1) Post-judgment interest, which shall be calculated from the date the Clerk of

Court enters judgment until the date of payment, using the rate set forth in 28 U.S.C. § 1961(a); and

2) Interest from non-payment at the rate of fifteen percent (15%) for any amounts of the judgment, not including any post-judgment interest, that are not paid within 90 days of the issuance of the judgment, or 90 days of the expiration of the time to appeal and no appeal is pending, whichever is later.

**SO ORDERED.**

Dated: Brooklyn, New York
       May 13, 2025

*Taryn A. Merkl*
TARYN A. MERKL
UNITED STATES MAGISTRATE JUDGE